2002–1847, 2002–1848 and 2002–1849.   Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.
Board of Tax Appeals, Nos. 99–A–1413, 99–A–1411 and 99–A–1412.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2002–1693.   State ex rel. Amcast Indus. Corp. v. Indus. Comm.
Franklin App. No. 02AP–32, 2002-Ohio-4494.

[Cite as *12/18/2002 Case Announcements*, 2002-Ohio-6866.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*December 18, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

2002–1672.   State ex rel. Smith v. Dickinson.
In Mandamus and Prohibition. On motion to dismiss of Max Rothal, John York, Patrick and Brian Armstead, and Bryan Jividen, motion for sanctions for frivolous action of Max Rothal, John York, Patrick and Brian Armstead, and Bryan Jividen, motion to dismiss of Perry Dickinson and motion for sanction and an award of attorney fees, and motion to strike motion to dismiss and motion for sanctions and award of attorney fees of Perry Dickinson. Motions to dismiss granted and motions for sanctions and for award of attorney fees granted.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1683.   Hudson v. Adams.
In Prohibition. On motion to dismiss and motion for stay of Summit County Court case No. CR 2002–092626–A pending a ruling on the writ of prohibition. Motion to dismiss sustained, and motion for stay denied. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–1726.   State ex rel. Lutz v. McMonagle.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.